# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>QUIGLEY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:23-CV-00258-ART-CLB<br><br>**ORDER GRANTING MOTION TO IDENTIFY TRUE NAME**<br><br>[ECF No. 15] |

On April 8, 2024, Plaintiff James Edward Scott filed a motion to identify true name of Defendant Mallory, (ECF No. 15).

In the motion, Plaintiff states he has further identified Defendant "Mallory" as "Mallory Etchison". Plaintiff asks that the Office of the Attorney General ("OAG") provide notice as to whether or not it will accept service on Defendant Mallory Etchison's behalf. (*Id.*) Good cause appearing, the motion is granted.

Accordingly, **IT IS ORDERED** that within 21 days of the date of entry of this order, the OAG shall file notice advising the Court and Plaintiff of whether it can or cannot accept service on behalf of Defendant **Mallory Etchison**. If the OAG cannot accept service on behalf of **Mallory Etchison**, the Office shall file, under seal, but shall not serve on Plaintiff, the last known address of **Mallory Etchison**, if it has such information. If the last known address of **Mallory Etchison** is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address. If service cannot be accepted for **Mallory Etchison**, Plaintiff shall file a motion requesting issuance of a summons, specifying a full name and address for **Mallory Etchison**. If the OAG has not provided last-known-address information, Plaintiff shall provide the full name and address for **Mallory Etchison**.

///

///

///

Consistent with the above, **IT IS ORDERED** that Plaintiff's motion to identify true name, (ECF No. 15), is **GRANTED**.

**DATED**: May 3, 2024

_____
UNITED STATES MAGISTRATE JUDGE